# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, ex rel.    )
TUESDAE STAINBROOK, D.O., M.P.H.,    )
MARY SIMPSON, M.B.A., and    )
JONATHAN POPE, M.D., Ph.D.,    )    CIVIL ACTION No. 16-244
    )
Plaintiffs,    )    **FILED UNDER SEAL**
    )    **PURSUANT TO**
    )    **31 U.S.C. § 3730(b)(2)**
vs.    )
    )
BROOKVILLE HOSPITAL,    )
CLEARFIELD HOSPITAL, DUBOIS REGIONAL )
MEDICAL CENTER, ELK REGIONAL    )
HEALTH CENTER, INC., GARY OTT,    )
M.D., PENN HIGHLANDS HEALTHCARE,    )
and WOMEN'S CARE OF WESTERN    )
PENNSYLVANIA, LLC,    )
    )
Defendants.    )

## ORDER OF COURT

AND NOW, this 23rd day of February, 2024, upon review of the United States of America's Notice of Election to Intervene, In Part, For Purposes of Settlement and to Decline to Intervene, In Part, for Purposes of Settlement:

IT IS HEREBY ORDERED that the relief requested therein is GRANTED, and the Court acknowledges that the United States will intervene for purposes of settling the case as to certain claims against Defendants Penn Highlands Healthcare, DuBois Regional Medical Center, Elk Regional Health Center, Inc., Clearfield Hospital, Brookville Hospital, Dr. Gary Ott, and Women's Care of Western Pennsylvania, LLC. The United States will decline to intervene as to other claims against Defendants Penn Highlands Healthcare, DuBois Regional Medical Center, Elk Regional

Health Center, Inc., Clearfield Hospital, Brookville Hospital, Dr. Gary Ott, and Women's Care of Western Pennsylvania, LLC.

IT IS HEREBY FURTHER ORDERED that:

1.      Relators' Complaint and Amended Complaint, the United States' Notice of Election to Intervene, In Part, For Purposes of Settlement and to Decline to Intervene, In Part, and this Order **be unsealed**;

2.      All other previously-filed pleadings, orders, or other papers on file **shall remain under seal**;

3.      The seal in this matter shall be lifted on all other filings and matters occurring in this action *after* the date of this Order;

4.      The parties shall serve all future pleadings and motions, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3); and

5.      All orders of this Court shall be sent to the United States.


_____
UNITED STATES DISTRICT JUDGE


cc:  All counsel of record