IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>TUESDAE STAINBROOK, D.O., M.P.H.,<br>MARY SIMPSON, M.B.A., and<br>JONATHAN POPE, M.D., Ph.D.,<br><br>Plaintiffs,<br><br>vs.<br><br>BROOKVILLE HOSPITAL,<br>CLEARFIELD HOSPITAL, DUBOIS REGIONAL<br>MEDICAL CENTER, ELK REGIONAL<br>HEALTH CENTER, INC., GARY OTT,<br>M.D., PENN HIGHLANDS HEALTHCARE,<br>and WOMEN'S CARE OF WESTERN<br>PENNSYLVANIA, LLC,<br><br>Defendants. | CIVIL ACTION No. 16-244<br><br>**FILED UNDER SEAL<br>PURSUANT TO<br>31 U.S.C. § 3730(b)(2)** |

## NOTICE OF DISMISSAL

Plaintiff Relators, Tuesdae Stainbrook, D.O., M.P.H., Mary Simpson, M.B.A., and Jonathan Pope, M.D., Ph.D., through their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss Relators' claims for wrongful termination under 31 U.S.C. § 3730(h) as set forth in Counts IV and V of the Amended Complaint. Relators' claims for attorney's fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d)(1) and (2) are not dismissed and are expressly reserved, and the Court shall retain jurisdiction over them.

Dated: June 7, 2024            Respectfully submitted,

                                               */s/ Andrew M. Stone*
                                               ANDREW M. STONE (PA ID 35176)

STONE LAW FIRM, LLC
The Frick Building, Suite 1806
437 Grant Street
Pittsburgh, PA 15219
Tel: (412) 391-2005
Email: astone@stone-law-firm.com

*Counsel for Relators*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on June 7th, 2024, he served the foregoing NOTICE OF DISMISSAL by electronic mail.

THOMAS C. RYAN, ESQ.
K&L Gates
210 Sixth Avenue
Pittsburgh, PA 15222
Thomas.Ryan@klgates.com

KAREN GAL-OR
Assistant United States Attorney
Joseph F. Weis, Jr., U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
karen.galor@usdoj.gov

*/s/ Andrew M. Stone*
Andrew M. Stone